# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD J. SCOTT, JR.

NO. 2019 KW 1051

OCT 28 2019

In Re:  Richard J. Scott, Jr., applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 40299.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The record of the Clerk of Court of Ascension Parish shows relator's "Motion to Quash for Failure to Institute Prosecution" and "Motion to Quash Because of Running of Statute of Limitations" was set for hearing on September 16, 2019, and relator failed to appear.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT